## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MICHELLE R. GOODWIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV-07-688-R** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of the Social** | ) | |
| **Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is the Supplemental Report and Recommendation of United States

Magistrate Judge Gary M. Purcell entered September 16, 2008.  Doc. No. 33.  No objection

to the Findings and Recommendation has been filed nor has an extension of time in which

to object been sought or granted.  Therefore, the Supplemental Report and Recommendation

of the Magistrate Judge [Doc. No. 33] is ADOPTED and Plaintiff's motion for attorney's

fees and her supplemental motion for attorney's fees in the total amount of $9,824.80 under

the EAJA are GRANTED.

IT IS SO ORDERED this 9th day of October, 2008

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE